| | | | | |
|---|---|---|---|---|
| Craig v. Val Energy, Inc. ............ | 105,949 | Denied .......... | 05/20/13 | 47 Kan. App. 2d 164 |
| Davis v. State .......................... | 107,408 | Denied .......... | 08/30/13 | Unpublished |
| Dixon v. State ......................... | 106,118 | Denied .......... | 09/04/13 | Unpublished |
| Downey v. State ....................... | 107,299 | Denied .......... | 04/18/13 | Unpublished |
| Durbin v. State ........................ | 107,655 | Denied .......... | 08/29/13 | Unpublished |
| Edwards v. State ...................... | 107,321 | Denied .......... | 08/19/13 | Unpublished |
| Ellerman v. State ..................... | 104,197 | Granted; Ct. of App. summarily reversed; remanded to Dist. Ct. ...... | 05/20/13 | Unpublished |
| Elliott v. McKune ..................... | 108,262 | Denied .......... | 08/23/13 | Unpublished |
| Elliott v. State ......................... | 107,387 | Denied .......... | 08/30/13 | Unpublished |
| Fagan v. Kansas Dept. of Corrections .................................. | 108,288 | Denied .......... | 08/19/13 | Unpublished |
| First Nat'l Bank of Omaha v. Centennial Park ......................... | 108,315 | Denied .......... | 08/19/13 | 48 Kan. App. 2d 714 |
| Fitzgerald v. State .................... | 106,189 | Denied .......... | 06/14/13 | Unpublished |
| Flores v. State ......................... | 108,166 | Denied .......... | 08/29/13 | Unpublished |
| Foster v. Stonebridge Life Ins. Co. .................................... | 106,721 | Denied .......... | 08/19/13 | Unpublished |
| Fraley v. Fraley ....................... | 107,197 | Denied .......... | 08/29/13 | Unpublished |
| Frederes v. McGregor ............... | 107,340 | Denied .......... | 08/29/13 | Unpublished |
| Fuller v. Hammett .................... | 106,046 | Denied .......... | 07/19/13 | Unpublished |
| Galloway v. State ..................... | 107,028 | Denied .......... | 07/19/13 | Unpublished |
| Garza v. State .......................... | 107,489 | Denied .......... | 08/30/13 | Unpublished |
| Gates v. Kansas Dept. of Revenue | 107,717 | Denied .......... | 09/04/13 | Unpublished |
| Giles v. Giles Land Company ...... | 105,537 | Denied .......... | 05/20/13 | 47 Kan. App. 2d 744 |
| Golden Rule Ins. Co. v. Tomlinson ................................... | 105,245 | Granted ......... | 05/20/13 | 47 Kan. App. 2d 408 |
| Griffin v. Kansas Parole Board ..... | 108,263 | Denied .......... | 08/23/13 | Unpublished |
| Griffin v. State ........................ | 108,056 | Denied .......... | 08/19/13 | Unpublished |
| Hackman v. Western Agricultural Ins. Co. ............................. | 104,786 | Denied .......... | 05/20/13 | Unpublished |
| Hankerson v. State ................... | 105,905 | Denied .......... | 07/19/13 | Unpublished |
| Harvey v. State ........................ | 106,019 | Denied .......... | 09/04/13 | Unpublished |
| Henson v. Belger Cartage Services, Inc. .................................... | 107,026 | Denied .......... | 09/04/13 | Unpublished |
| Henson v. State ....................... | 107,547 | Denied .......... | 08/29/13 | Unpublished |
| Hernandez v. State ................... | 107,745 | Denied .......... | 08/29/13 | Unpublished |
| Higginbotham Mgmt. Co. v. Cessna Aircraft Co. ................. | 106,345 | Denied .......... | 09/04/13 | Unpublished |